UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:13-CR-135 |
| | ) | COLLIER / GUYTON |
| WILLARD J. HENDRY, | ) | |
| | ) | |
| Defendant. | ) | |

# **O R D E R**

United States Magistrate Judge H. Bruce Guyton filed a Report and Recommendation recommending the Court: (1) grant Defendant's motion to withdraw his not guilty plea to counts One (1) and Three (3) of the Indictment; (2) accept Defendant's plea of guilty to counts One (1) and Three (3) of the Indictment; (3) adjudicate Defendant guilty of the charges set forth in counts One (1) and Three (3) of the Indictment; (4) defer a decision on whether to accept the plea agreement until Sentencing; and (5) find Defendant shall remain in custody until sentencing in this matter (Court File No. 21). Neither party filed a timely objection to the Report And Recommendation. After reviewing the record, the Court agrees with the magistrate judge's Report And Recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's Report And Recommendation (Court File No. 21) pursuant to 28 U.S.C. §636(b)(1) and **ORDERS** as follows:

(1) Defendant's motion to withdraw his not guilty plea to counts One (1) and Three (3) of the Indictment is **GRANTED**;

(2) Defendant's plea of guilty to counts One (1) and Three (3) of the Indictment is **ACCEPTED**;

(3) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Counts One (1) and Three (3) of the Indictment;

(4) A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

(5) Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place in Knoxville, Tennessee on **Friday, April 25, 2014 at 2:00 p.m. [EASTERN]** before the Honorable Curtis L. Collier.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**